# Order

Michigan Supreme Court
Lansing, Michigan

March 31, 2021

161744

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID ARNOLD CLIFFORD,
      Defendant-Appellant.

SC: 161744
COA: 349359
Wayne CC: 18-006845-FC

_____/

On order of the Court, the application for leave to appeal the May 28, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE that part of the Court of Appeals judgment ordering reinstatement of the identity theft charge. As explained by dissenting Judge Jansen, in the absence of evidence that the decedent did not actually use or authorize the use of his bank card, there was not probable cause to bind over the defendant on the identity theft charge. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

We do not retain jurisdiction.

ZAHRA, J., did not participate due to a familial relationship with counsel of record.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021 _____



b0324

Clerk